IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 3:10-1030-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| EDWARD LEE GREGORY | ) | |
| | ) | |
| _____ | ) | |

     For good cause shown, and with the consent of the government, the defendant's date to report to his designated place of confinement is hereby extended to August 30, 2012.

     IT IS SO ORDERED.

May 16, 2012  
Columbia, South Carolina

                                                Joseph F. Anderson, Jr.  
                                                United States District Judge